AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA, WASHINGTON DC

| | |
|---|---|
| CHARLES ASIEDU YIRENKYI  <br>*Plaintiff* | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) |
| UNITED STATES C.I.A. ET AL.  <br>*Defendant* | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: REPUBLIC OF GERMANY

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*
C/O Honorable Annalena Baerbock, Foreign Minister of Federal Republic of Germany.

Address: Federal Foreign Office (Bundesregierung) Werderscher Markt 1, 10117 Berlin, Germany
*(Address of the defendant or - if the defendant is a corporation, partnership, or association - address of an officer or authorized agent)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: Executed on the stamped date on summons

*Signature of the attorney or unrepresented party*

CHARLES ASIEDU YIRENKYI
*Printed name*
C/O PROSPER RESIDENCE
126 MEA BELL WAY
LAWRENCEVILLE, GA 30044
*Address*
nanayirenkyi144441@gmail.com
*E-mail address*
+1(404) 936- 9049 - Cynthia Prosper
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

## UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA, WASHINGTON DC

| | |
|---|---|
| CHARLES ASIEDU YIRENKYI <br> *Plaintiff* <br><br> UNITED STATES C.I.A. ET AL. <br> *Defendant* | ) ) ) ) ) <br> Civil Action No. |

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: UNITED KINGDOM AKA-BRITISH GOVERNMENT

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*
C/O: Hon. Liz Truss Secretary of State for Foreign-Commonwealth & Development Office-United Kingdom,
Address: Abercrombie House, Eaglesham Rd.East Kilbride G75 8EA, UK
*(Address of the defendant or - if the defendant is a corporation, partnership, or association - address of an officer or authorized agent)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: Executed on the stamped date on summons

*Signature of the attorney or unrepresented party*

CHARLES ASIEDU YIRENKYI
*Printed name*
C/O PROSPER RESIDENCE
126 MEA BELL WAY
LAWRENCEVILLE, GA 30044
*Address*
nanayirenkyi144441@gmail.com
*E-mail address*
+1(404) 936- 9049 - Cynthia Prosper
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA, WASHINGTON DC

CHARLES ASIEDU YIRENKYI )
*Plaintiff* )
) Civil Action No.
UNITED STATES C.I.A. ET AL. )
*Defendant* )

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: REPUBLIC OF FRANCE
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*
C/O Honorable Jean-Yves Le Drian, Minister for Europe and Foreign Affairs of the
Address: French Republic, 37 Quai d' Orsay, Paris 7e, France
*(Address of the defendant or - if the defendant is a corporation, partnership, or association - address of an officer or authorized agent)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: Executed on the stamped date on summons

*Signature of the attorney or unrepresented party*

CHARLES ASIEDU YIRENKYI
*Printed name*
C/O PROSPER RESIDENCE
126 MEA BELL WAY
LAWRENCEVILLE, GA 30044
*Address*
nanayirenkyi144441@gmail.com
*E-mail address*
+1(404) 936- 9049 - Cynthia Prosper
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA, WASHINGTON DC

CHARLES ASIEDU YIRENKYI )
*Plaintiff* )
) Civil Action No.
UNITED STATES C.I.A. ET AL. )
*Defendant* )

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To: REPUBLIC OF GERMANY

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*
C/O Honorable Annalena Baerbock, Foreign Minister of Federal Republic of Germany.

Address: Federal Foreign Office (Bundesregierung) Werderscher Markt 1, 10117 Berlin, Germany
*(Address of the defendant or - if the defendant is a corporation, partnership, or association - address of an officer or authorized agent)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: Executed on the stamped date on summons

*Signature of the attorney or unrepresented party*

CHARLES ASIEDU YIRENKYI
*Printed name*
C/O PROSPER RESIDENCE
126 MEA BELL WAY
LAWRENCEVILLE, GA 30044
*Address*
nanayirenkyi144441@gmail.com
*E-mail address*
+1(404) 936- 9049 - Cynthia Prosper
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA, WASHINGTON DC

| | |
|---|---|
| CHARLES ASIEDU YIRENKYI <br> *Plaintiff* <br> UNITED STATES C.I.A. ET AL. <br> *Defendant* | ) ) ) Civil Action No. ) ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: REPUBLIC OF GERMANY

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*
C/O Honorable Annalena Baerbock, Foreign Minister of Federal Republic of Germany.

Address: Federal Foreign Office (Bundesregierung) Werderscher Markt 1, 10117 Berlin, Germany
*(Address of the defendant or - if the defendant is a corporation, partnership, or association - address of an officer or authorized agent)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: Executed on the stamped date on summons

*Signature of the attorney or unrepresented party*

CHARLES ASIEDU YIRENKYI
*Printed name*
C/O PROSPER RESIDENCE
126 MEA BELL WAY
LAWRENCEVILLE, GA 30044
*Address*
nanayirenkyi144441@gmail.com
*E-mail address*
+1(404) 936- 9049 - Cynthia Prosper
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA, WASHINGTON DC

| | |
|---|---|
| CHARLES ASIEDU YIRENKYI )<br>*Plaintiff* )<br>UNITED STATES C.I.A. ET AL. )<br>*Defendant* ) | Civil Action No. |

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To: UNITED KINGDOM AKA-BRITISH GOVERNMENT

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*
C/O: Hon. Liz Truss Secretary of State for Foreign-Commonwealth & Development Office-United Kingdom,
Address:  Abercrombie House, Eaglesham Rd.East Kilbride G75 8EA, UK
*(Address of the defendant or - if the defendant is a corporation, partnership, or association - address of an officer or authorized agent)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within  30  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: Executed on the stamped date on summons

*Signature of the attorney or unrepresented party*

CHARLES ASIEDU YIRENKYI
*Printed name*
C/O PROSPER RESIDENCE
126 MEA BELL WAY
LAWRENCEVILLE, GA 30044
*Address*
nanayirenkyi144441@gmail.com
*E-mail address*
+1(404) 936- 9049 - Cynthia Prosper
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA, WASHINGTON DC

| | |
|---|---|
| CHARLES ASIEDU YIRENKYI | ) |
| *Plaintiff* | ) |
| | ) Civil Action No. |
| UNITED STATES C.I.A. ET AL. | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: **REPUBLIC OF FRANCE**

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

Address: C/O Honorable Jean-Yves Le Drian, Minister for Europe and Foreign Affairs of the French Republic, 37 Quai d' Orsay, Paris 7e, France

*(Address of the defendant or - if the defendant is a corporation, partnership, or association - address of an officer or authorized agent)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: **Executed on the stamped date on summons**

*Signature of the attorney or unrepresented party*

**CHARLES ASIEDU YIRENKYI**
*Printed name*

**C/O PROSPER RESIDENCE
126 MEA BELL WAY
LAWRENCEVILLE, GA 30044**
*Address*

**nanayirenkyi144441@gmail.com**
*E-mail address*

**+1(404) 936- 9049 - Cynthia Prosper**
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA, WASHINGTON DC

| | |
|---|---|
| CHARLES ASIEDU YIRENKYI  *Plaintiff* | ) ) ) Civil Action No. |
| UNITED STATES C.I.A. ET AL.  *Defendant* | ) ) ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: **REPUBLIC OF GERMANY**

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*
C/O Honorable Annalena Baerbock, Foreign Minister of Federal Republic of Germany.

Address: Federal Foreign Office (Bundesregierung) Werderscher Markt 1, 10117 Berlin, Germany
*(Address of the defendant or - if the defendant is a corporation, partnership, or association - address of an officer or authorized agent)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: Executed on the stamped date on summons

*Signature of the attorney or unrepresented party*

CHARLES ASIEDU YIRENKYI
*Printed name*
C/O PROSPER RESIDENCE
126 MEA BELL WAY
LAWRENCEVILLE, GA 30044
*Address*
nanayirenkyi144441@gmail.com
*E-mail address*
+1(404) 936- 9049 - Cynthia Prosper
*Telephone number*